Action by Rutherford B. Hults against Harriet E. Van Deventer. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HUNDT, Appellant, v. GRAY LITHOGRAPH CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by George Hundt against the Gray Lithograph Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HUPFEL, Appellant, v. BOSTON INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Adolph G. Hupfel against the Boston Insurance Company. A. Benedict, for appellant. D. W. Richards, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 55 Misc. Rep. 125, 104 N. Y. Supp. 659.

HYDE et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Carrie F. Hyde and another, as executrices, against Ellsworth E. Elwood. No opinion. Judgment and order affirmed, with costs.

HYMAN, Respondent, v. THAIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by David H. Hyman, as receiver, against Alexander Thain, impleaded with others. A. Thain, for appellant. E. D. Bryde, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

IMBRIE v. SCHLICHT COMBUSTION CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Andrew C. Imbrie against the Schlicht Combustion Company. No opinion. Motion denied on terms stated in order. Order filed.

INDUSTRIAL & GENERAL TRUST v. PACIFIC GAS & ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Industrial & General Trust against the Pacific Gas & Electric Company. No opinion. Motion denied, with $10 costs. Order filed.

IRWIN, Respondent, v. HODGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Iroquois Irwin against Herman T. Hodge and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

ISLEY, Appellant, v. GILBERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by John Isley against Maurice Gilbert and another. No opinion. Motion denied, on condition that the defendants perfect their appeal and place the cause on the calendar within 10 days; otherwise, motion granted, with $10 costs.

In re JESSUP. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Henry W. Jessup. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHN LACKNER CO., Respondent, v. SIMPSON CRAWFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the John Lackner Company against the Simpson Crawford Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

JONES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Clara Jones against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

JONES, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Paul Jones against Annette Jones. J. Fromme, for appellant. C. O. Maas, for respondent. No opinion. Judgment affirmed. Order filed.

JORDAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. September 30, 1908.) Action by Charles H. Jordan, as administator, etc., against the Erie Railroad Company. No opinion. Motion to amend decision denied, without costs.

JOSEPH LAURER BREWING CO. v. EHRESMAN. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by the Joseph Laurer Brewing Company against Daniel W. Ehresman. No opinion. Motion denied.

KAUFMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Israel Kaufman against Julius Smith and Hyman Director, copartners, etc. No opinion. Motion denied, with $10 costs.

KELLY, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by John M. Kelly against Fred B. King and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

KENNEY, Respondent, v. SOUTH SHORE NATURAL GAS & FUEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Johanna Kenney against the South Shore Natural Gas & Fuel Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 126 App. Div. 236, 110 N. Y. Supp. 503.

WILLIAMS and ROBSON, JJ., dissent.

KIESOW, Respondent, v. NEW YORK CITY RY. CO. et al., Appellants. (Supreme Court, Appellate Division. First Department.